

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2018

No. 04-17-00033-CV

Michael **MACS**, High Cotton Holdings, LLC, Ranger O&G Operating LLC and Ranger
Exploration Corporation,
Appellants

v.

Christopher **LENAHAN** d/b/a CPL Services,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 16-07-00088-CVL
Honorable Russell Wilson, Judge Presiding

## O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

The court has considered the appellee/cross appellant's motion for rehearing en banc, and
the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 22nd day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court